1
2
3
4
5
6
7
8

9           UNITED STATES DISTRICT COURT

10           CENTRAL DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12 CITY OF COLTON, et al., | Case No. CV 09-1864 PSG (SSx) |
| 13     Plaintiffs, | [Consolidated with Case Nos. CV 09- |
| 14 v. | 6630 PSG (SSx), CV 09-06632 PSG (SSx), CV 09-07501 PSG (SSx), and CV |
| 15 AMERICAN PROMOTIONAL EVENTS, INC., et al. | 09-07508 PSG (SSx)] |
| 16     Defendants. | Hon. Philip S. Gutierrez |
| 17 | |
| 18 | [PROPOSED] ORDER RE ENTRY OF |
| 19 | PROTECTIVE ORDERS FROM PRIOR ACTIONS |
| 20 | |
| 21 AND ALL RELATED ACTIONS | |

22

23        The Court having considered the stipulation of the parties filed

24 concurrently, and good cause appearing,

25        IT IS HEREBY ORDERED:

26        Each of the following protective orders, entered in *City of Rialto, et*

27 *al. v. Department of Defense, et al.*, Case No. CV 04-00079 PSG (SSx) ("Rialto

28 I"); *Goodrich Corporation v. Emhart, et al.*, Case No. CV 04-0079 PSG (SSx);

1  *City of Colton v. American Promotional Events, Inc.-West, et al.*, Case No. CV 05-

2  01479 JWF (SSx); and *City of Colton v. American Promotional Events, Inc.-West,*

3  *et al.*, Case No. CV 06-01319 PSG (SSx), shall apply to these Consolidated

4  Actions:

5          1.     October 17, 2005, Order, on Stipulation for Protective Order,

6  attached hereto as Exhibit "A";

7          2.     December 6, 2005, Stipulation for Entry of Amended Protective

8  Order re 1998 Confidential Settlement Agreement and Related Documents, and

9  Order Thereon, attached hereto as Exhibit "B";

10          3.     December 6, 2005, Stipulation for Entry of Protective Order re

11  Personnel Files and Records, and Order Thereon, attached hereto as Exhibit "C";

12  and

13          4.     January 6, 2006, Stipulation for Entry of Protective Order

14  Governing Confidential Information, Order Thereon, attached hereto as Exhibit

15  "D."

16   

17  DATED:   5/17 , 2010

                              SUZANNE H. SEGAL

18                        The Hon. ~~Philip S. Gutierrez~~

19                        United States ~~District Judge~~

20                        MAGISTRATE JUDGE

21

22

23

24

25

26

27

28

[PROPOSED] ORDER RE ENTRY OF PROTECTIVE ORDERS FROM PRIOR ACTIONS