Philip C. Hunsucker (SBN: 135860)
Brian L. Zagon (SBN: 142403)
Erik S. Mroz (SBN: 229241)
**HUNSUCKER GOODSTEIN & NELSON PC**
3717 Mt. Diablo Boulevard, Suite 200
Lafayette, California 94549
Telephone:  (925) 284-0840
Facsimile:  (925) 284-0870
Email: phunsucker@hgnlaw.com
           bzagon@hgnlaw.com
           emroz@hgnlaw.com

Attorneys for Pyro Spectaculars, Inc.

Jeffrey D. Dintzer (SBN 139056)
Holly B. Biondo (SBN: 216745)
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520
Email:  jdintzer@gibsondunn.com
           hbiondo@gibsondunn.com

Attorneys for Goodrich Corporation

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| CITY OF COLTON,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN PROMOTIONAL EVENTS, INC., et al.,<br><br>Defendants. | CASE NO. ED CV 09-01864 PSG (SSx)<br>[Consolidated Case Nos.: CV 05-01479 JFW (Ex); CV 09-06630 PSG (SSx); CV 09-06632 PSG (SSx); CV 09-07501 PSG (SSx); CV 09-07508 PSG (SSx); and CV 10-00824 PSG (SSx)]<br><br>**NOTICE OF LODGING OF [PROPOSED] ORDER DENYING ZAMBELLI FIREWORKS MANUFACTURING COMPANY, INC., ZAMBELLI FIREWORKS COMPANY, aka ZAMBELLI FIREWORKS INTERNATIONALE'S MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT AND BARRING OF CLAIMS**<br><br>*[*OPPOSING PARTIES' JOINT MEMORANDUM OF POINTS AND AUTHORITIES; REQUEST FOR JUDICIAL NOTICE IN SUPPORT; DECLARATION OF ERIK S. MROZ IN SUPPORT, *filed* |

1

NOTICE OF LODGING OF [PROPOSED ORDER] DENYING ZAMBELLI'S MOTION
FOR DETERMINATION OF GOOD FAITH SETTLEMENT AND BARRING OF CLAIMS

| AND CONSOLIDATED ACTIONS | *concurrently herewith;* and [PROPOSED] ORDER *lodged concurrently herewith.]* |
|---|---|
| | Judge: Hon. Philip S. Gutierrez<br>Trial Date: March 25, 2013<br>Hearing Date: June 13, 2011<br>Time: 1:30 p.m. |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Pyro Spectaculars, Inc. and Goodrich Corporation have lodged the attached [Proposed] Order denying Zambelli's Motion for Determination of Good Faith Settlement and Barring of Claims.

Dated: April 15, 2011              **HUNSUCKER GOODSTEIN & NELSON PC**

By:   /s/ Erik S. Mroz
      Philip C. Hunsucker
      Brian L. Zagon
      Erik S. Mroz
      Attorneys for Pyro Spectaculars, Inc.

DATED: April 15, 2011              **GIBSON DUNN & CRUTCHER LLP**

By:   /s/ Jeffrey D. Dintzer
      Jeffrey D. Dintzer
      Holly B. Biondo
      Attorneys for Goodrich Corporation

2

NOTICE OF LODGING OF [PROPOSED ORDER] DENYING ZAMBELLI'S MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT AND BARRING OF CLAIMS

HUNSUCKER GOODSTEIN & NELSON PC
HGNLAW.COM